IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUNBELT ENVIRONMENTAL SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 6:19-CV-03127-BCW |
| SERAPHIM SOLAR USA MANUFACTURING, et al., | …) ) ) | |
| Defendants. | ) | |

## ORDER

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

Dated: May 17, 2019

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT